IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKASNAS
HOT SPRINGS DIVISION

| | | |
|---|---|---|
| GARLAND and MANDI SCHLENKER | | PLAINTIFFS |
| VS. | CASE NO:  6:14-CV-6068-RTD | |
| SKY TAPP | | DEFENDANT |

## ORDER

Now on this 19th day of August 2015, there comes on for consideration Plaintiffs' Motion to Compel Settlement and for Entry of Judgment (doc. 69).  Upon consideration of the Motion, as well as the Response thereto, the Court finds that the Motion (doc. 69) should be, and hereby is GRANTED.  In accordance with the parties' settlement agreement, the Order of Dismissal entered on April 22, 2015 (doc. 68) is vacated, and the parties' Consent Judgment is entered in favor of the Plaintiff in the amount of thirty-two thousand dollars. Each party shall bear its own fees and costs.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge