IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

GARLAND and MANDI SCHLENKER,
Husband and Wife                                                                PLAINTIFFS

v.                                       NO. 6:14-CV-6068-RTD

SKY TAPP                                                                        DEFENDANT

## CONSENT JUDGMENT

On this 22nd day of April, 2015, the parties appeared before the Court with their counsel. Jeff Rosenzweig representing Defendant, and Luther Sutter and Lucien Gillham representing Plaintiffs. After the parties announced they had settled the matter on the following terms:

1. Within five (5) days, Defendant will execute a Mortgage in favor of the Plaintiffs on the property located at 519 Orange St., Hot Springs, AR, in the amount of Thirty-Two Thousand Dollars ($32,000.00);

2. Defendant will immediately tender a Warranty Deed to Unit 3 of the Costa Brava Horizontal Property Regime;

3. Defendant will give a consent judgment for Thirty-Two Thousand Dollars ($32,000.00); the judgment is to be held by Jeff Rosenzweig and will not be filed for 90 days. If good and merchantable title is delivered to the Plaintiffs within ninety (90) days, the Judgment will be null and void *ab initio*, and the Mortgage will be satisfied.

4. Each party bears its own fees and costs.

DATED this 19th day of August, 2015.

Robert Dawson
United States District Judge

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

AUG 19 2015

CHRIS R. JOHNSON, Clerk
By
    Deputy Clerk