IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

GARLAND SCHLENKER and                                                    PLAINTIFFS
MANDI SCHLENKER

vs.                             Civil No. 6:14-cv-06068

SKY TAPP and
GARLAND COUNTY SHERIFF'S OFFICE                                          DEFENDANTS

**REPORT AND RECOMMENDATION
OF A UNITED STATES MAGISTRATE JUDGE**

Before the Court is Sky Tapp's Motion to Set Aside Writ of Execution, Sale of Executed Real Property, and Other Related Relief. ECF No. 120. With this Motion, Mr. Tapp speculates that certain real property (80 acres) was sold pursuant to a writ of execution in this case. *Id.* Mr. Tapp admits that he does not know any specific information related to this sale, but he only heard about it from another person. *Id.* Based upon these alleged facts, or lack thereof, the Court finds no basis for granting the relief Mr. Tapp has requested at this time. Accordingly, I recommend the Court **DENY** this Motion as premature.

**The Parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Parties are reminded that objections must be both timely and specific to trigger *de novo* review by the district court. *See Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990).**

**ENTERED this 3rd day of January 2019.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE