UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

GARLAND SCHLENKER and
MANDI SCHLENKER                                                              PLAINTIFFS

v.                                   No. 6:14-CV-06068

SKY TAPP and
GARLAND COUNTY SHERIFF'S OFFICE                                              DEFENDANTS

## ORDER

The Court has received a report and recommendations (Doc. 122) from Chief United States Magistrate Judge Barry A. Bryant. Defendant Sky Tapp requested and received an extension of time to file objections to the report and recommendations, but no objections were filed. Subsequently, Jeffrey Rosenzweig, counsel for Mr. Tapp, informed the Court's law clerk that he and Luther Sutter, counsel for Plaintiffs, had reached an oral agreement settling their clients' dispute with respect to the execution of judgment. On December 17, 2018, the Court's law clerk informed all appearing parties by email of the communication from Mr. Rosenzweig, and further informed the parties that in the absence of a diligent motion to withdraw the pending motions, the Court would rule on the pending report and recommendations and motions. No motion to withdraw has been filed, and the Court is left to believe that counsel were unable to finalize their settlement agreement.

Though de novo review is only required where a party has made specific objections to a report and recommendations, out of caution the Court has reviewed the report and recommendations de novo. The Court agrees with the Magistrate Judge's well-reasoned report and recommendations, which is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendant Sky Tapp's motions (Docs. 103, 104, and

108) are DENIED.

IT IS FURTHER ORDERED that Plaintiffs' motion (Doc. 110) is GRANTED. The Clerk is directed to release the $27,000.00 currently maintained in the registry to Plaintiffs or their assignee, as partial satisfaction of the Consent Judgment.

IT IS FURTHER ORDERED that Defendant Tapp pay the remaining $5,000.00 owed pursuant to the Consent Judgment to Plaintiffs or their assignee within 30 days of entry of this order, or writ of execution may issue as to any and all of Defendant Tapp's properties to satisfy the remainder of the Consent Judgment.

IT IS SO ORDERED this 3rd day of January, 2019.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE